IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OVERHEAD DOOR
& OPERATOR CO. INC. and
JAMES CUMMINGS,
Plaintiffs ,

vs.  CASE NO:  3:12-CV-00533-MCR-EMT

OVERHEAD DOOR
AND OPENER, INC. and
CLINT DAVIS
Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

OVERHEAD DOOR & OPERATOR CO., INC. ("OVERHEAD DOOR & OPERATOR") and JAMES CUMMINGS ("CUMMINGS"), Plaintiffs, through their undersigned attorney, dismiss this action voluntarily without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

/s/ J.D. Smith
J. D. SMITH, ESQ.
Florida Bar No. 856053
41 N. Jefferson St., Suite 102
Pensacola, Florida 32502
(850) 332-0921
(850) 270-6570 fax
jd@jdsmith-law.com
Attorney for Plaintiffs